# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### NORTHERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| SUSAN N. WATLEY, | CASE NO. 06-13205 CAD |
| | JUDGE CAROL A. DOYLE |
| Debtor | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To: Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:    U.S. BANKRUPTCY COURT
    219 S. Dearborn St., Courtroom 742
    Chicago, IL 60604

    on:    **August 21, 2008**    at:    **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | | |
    |---|---|---:|
    | a. Receipts | $ | 10,074.46 |
    | b. Disbursements | $ | 0.00 |
    | c. Net Cash Available for Distribution | $ | 10,074.46 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
    |---|---:|---:|---:|
    | Louis W. Levit, Trustee | 0.00 | $1,757.45 | $40.20 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are: NONE

7. Claims of general unsecured creditors totaling $21,919.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 37.76%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 220.97 | $ 83.44 |
| 2 | Direct Loan SVC System | $ 21,315.23 | $ 8,048.78 |
| 3 | St. James Hospital | $ 382.90 | $ 144.59 |
| 4 | Americredit | $ 0.00 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: **July 16, 2008**   For the Court,

By
**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee: LOUIS W. LEVIT
Address: LOUIS W. LEVIT, P. C,
555 Skokie Blvd
SUITE 500
Northbrook, IL  60062
Phone No.: (847) 897-5710

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                  Date Rcvd: Jul 16, 2008
Case: 06-13205                 Form ID: pdf002              Total Served: 26

The following entities were served by first class mail on Jul 18, 2008.
db           +Susan N Watley,    3861 West 216th Place,    Matteson, IL 60443-2724
aty          +Thomas W Toolis,    Jahnke & Toolis, LLC,    9031 West 151st Street,    Suite 203,
               Orland Park, IL 60462-6563
tr           +Louis W Levit, ESQ,    555 Skokie Boulevard # 500,    Northbrook, IL 60062-2845
11036913     +(NICOR) Northern Illinois Gas,    Attention Bankruptcy & Collections,    PO Box 549,
               Aurora IL 60507-0549
10963690    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit,     POB 183853,    Arlington, TX 76096)
10963563     +Alliance One,    1160 Centre Point Drive Ste 1,    Mendota Heights, MN 55120-1270
11130774     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10963683     +Chase/Bank One Card Services,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10963687     +Citibank,    8787 Baypine Road,    Jacksonville, FL 32256-8528
10963691     +Citibank UCS,    8787 Baypine Road,    Jacksonville, FL 32256-8528
10963689     +Direct Loan SVC System,    P O Box 5609,    Greenville, TX 75403-5609
10963562     +GE Capital,    540 West NW Hwy,    Barrington, IL 60010-3076
10963564     +GE Credit Auto Lease,    540 W Northwest Hwy,    Barrington, IL 60010-3051
10963560     +IDAPP,    c/o ACS,    501 Bleecher Street,    Utica, NY 13501-2401
10963559     +IL Student Assistance Comm,    1755 Lake Cook Road,    Deerfield, IL 60015-5209
10963561     +Infinite Bus Sol,    P O Box 6909,    Mobile, AL 36660-0909
10963686     +Kohls/Chase,    N56W17000 Ridgewoo,    Menomonee Fls, WI 53051-5660
10963558     +Linebarger Goggan & Blair Sampson,    P O Box 06357,    Chicago, IL 60606-0357
10963688     +M Ward/MBGA/GEMB,    P O Box 981400,    El Paso, TX 79998-1400
10963685     +Mutual Hospital Collect,    2525 N Shadeland A,    Indianapolis, IN 46219-8700
11036916     +Nicor Gas,    1844 W Ferry Rd,    Naperville, IL 60563-9600
11011097     +Option One MTG,    3 ADA,    Irvine, CA 92618-2304
10963565     +Resurgence Fin LLC,    4100 Commericial Avenue,    Northbrook, IL 60062-1833
11011096     +Resurgence Fin LLC,    4100 Commercial Ave,    Northbrook, IL 60062-1833
11163451      St. James Hospital,    c/o Mutual Hospital Services, Inc.,    P O Box 19828,
               Indianapolis, IN 46219-0828
The following entities were served by electronic transmission on Jul 17, 2008.
10963566     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                             Asset Accept,    P O Box 2036,
               Warren, MI 48090-2036
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11383038*   ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit,     POB 183853,    Arlington, TX 76096)
10963684*    +Asset Accept,    P O Box 2036,    Warren, MI 48090-2036
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2008**            **Signature:** _Joseph Speetjens_