**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| SUSAN N. WATLEY, | CASE NO. 06-13205 CAD |
| | HON. CAROL A. DOYLE |
| Debtor | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE CAROL A. DOYLE,
      BANKRUPTCY JUDGE

   Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses, a copy of which is attached as Exhibit "A," and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B."

   All checks have been cashed.   The final Form II is attached as Exhibit "C" reflecting a balance of zero for this estate.

   The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.


November 11, 2008                              /s/Louis W. Levit, Trustee
DATE                                           LOUIS W. LEVIT, TRUSTEE

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| SUSAN N. WATLEY, | CASE NO. 06-13205 CAD |
| | JUDGE CAROL A. DOYLE |
| Debtor | |

## ORDER AWARDING COMPENSATION AND EXPENSE REIMBURSEMENT TO LOUIS W. LEVIT, TRUSTEE

THIS MATTER BEING HEARD on the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Louis W. Levit, Trustee, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the request for compensation and expense reimbursement is allowed as follows:

Louis W. Levit, Trustee
a. Trustee Compensation      $1,757.45
b. Trustee Expenses           $40.20

TOTAL                         $1,797.65

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated:_____

ENTERED:_____
JUDGE CAROL A. DOYLE
UNITED STATES BANKRUPTCY JUDGE

ENTERED
AUG 21 2008
CAROL A. DOYLE
BANKRUPTCY JUDGE

**EXHIBIT B**

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-13205 DAC | | Trustee: | LOUIS W. LEVIT (330450) |
|---|---|---|---|---|
| Case Name: | WATLEY, SUSAN N | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-****00-65 - Money Market Account |
| Taxpayer ID #: | 13-7551410 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 11/06/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/08/07 | {1} | Susan Watley | | 1110-000 | 10,000.00 | | 10,000.00 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.25 | | 10,004.25 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.98 | | 10,009.23 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.34 | | 10,014.57 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.52 | | 10,020.09 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.52 | | 10,025.61 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.17 | | 10,030.78 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.71 | | 10,036.49 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.53 | | 10,042.02 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.00 | | 10,047.02 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.90 | | 10,052.92 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 5.23 | | 10,058.15 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.12 | | 10,063.27 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.60 | | 10,067.87 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.06 | | 10,069.93 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.87 | | 10,071.80 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.40 | | 10,073.20 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.26 | | 10,074.46 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.28 | | 10,075.74 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.28 | | 10,077.02 |
| 08/25/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.99 | | 10,078.01 |
| 08/25/08 | | To Account #********0066 | for final distribution | 9999-000 | | 10,078.01 | 0.00 |

| | | | | Subtotals : | $10,078.01 | $10,078.01 | |

{} Asset reference(s)

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-13205 DAC
**Case Name:** WATLEY, SUSAN N
**Taxpayer ID #:** 13-7551410
**Period Ending:** 11/06/08

**Trustee:** LOUIS W. LEVIT (330450)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*00-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 10,078.01 | 10,078.01 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,078.01 | |
| | | | **Subtotal** | | 10,078.01 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,078.01** | **$0.00** | |

{} Asset reference(s)

Printed: 11/06/2008 04:48 PM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-13205 DAC  
**Case Name:** WATLEY, SUSAN N  
**Taxpayer ID #:** 13-7551410  
**Period Ending:** 11/06/08  

**Trustee:** LOUIS W. LEVIT (330450)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*00-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/25/08 | | From Account #\*\*\*\*\*\*\*\*0065 | for final distribution | 9999-000 | 10,078.01 | | 10,078.01 |
| 08/26/08 | 101 | Chase Bank USA, N.A. | Dividend paid 37.77% on $220.97; Claim# 1; Filed: $220.97; Reference: | 7100-000 | | 83.48 | 9,994.53 |
| 08/26/08 | 102 | Direct Loan SVC System | Dividend paid 37.77% on $21,315.23; Claim# 2; Filed: $21,315.23; Reference: | 7100-000 | | 8,052.23 | 1,942.30 |
| 08/26/08 | 103 | St. James Hospital | Dividend paid 37.77% on $382.90; Claim# 3; Filed: $382.90; Reference: | 7100-000 | | 144.65 | 1,797.65 |
| 08/26/08 | 104 | LOUIS W. LEVIT | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,797.65 | 0.00 |
| | | | Dividend paid 100.00% on $1,757.45; Claim# ; Filed: $1,757.45 | 2100-000 | | 1,757.45 | |
| | | | Dividend paid 100.00% on $40.20; Claim# ; Filed: $40.20 | 2200-000 | | 40.20 | |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 10,078.01 | 10,078.01 | 0.00 |
| Less: Bank Transfers | 10,078.01 | 0.00 | |
| **Subtotal** | 0.00 | 10,078.01 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$10,078.01** | |

# Form 2
## Cash Receipts And Disbursements Record

| **Case Number:** | 06-13205 DAC |
| --- | --- |
| **Case Name:** | WATLEY, SUSAN N |
| **Taxpayer ID #:** | 13-7551410 |
| **Period Ending:** | 11/06/08 |

| **Trustee:** | LOUIS W. LEVIT (330450) |
| --- | --- |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | \*\*\*-\*\*\*\*\*00-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # \*\*\*-\*\*\*\*\*00-65 | 10,078.01 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*00-66 | 0.00 | 10,078.01 | 0.00 |
| **TOTAL - ALL ACCOUNTS** | **$10,078.01** | **$10,078.01** | **$0.00** |

**EXHIBIT C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| SUSAN N. WATLEY, | CASE NO. 06-13205 CAD |
| | JUDGE CAROL A. DOYLE |
| Debtor | |

**DISTRIBUTION REPORT**

I, <u>LOUIS W. LEVIT</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,797.65 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 8,280.36 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 10,078.01 |

**DISTRIBUTION REPORT**                                                                 **PAGE 2**

| **1.** | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|---|
| Secured Claims | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **2.** | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ | 1,797.65 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | LOUIS W. LEVIT, *Trustee Fees* | | 1,757.45 | 1,757.45 |
| | LOUIS W. LEVIT, *Trustee Expenses* | | 40.20 | 40.20 |

| **3.** | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **4.** | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

**DISTRIBUTION REPORT**                                                                                    **PAGE 3**

| **5.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $            0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL           $ | 0.00 |

| **6.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $            0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL           $ | 0.00 |

| **7.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $            0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL           $ | 0.00 |

| **8.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $            0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL           $ | 0.00 |

| **9.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(7) - Alimony | | $            0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |

**DISTRIBUTION REPORT**                                                                                              **PAGE 4**

|     |     |     | TOTAL |     |
|---|---|---|---|---|
|     |     |     | TOTAL | $ 0.00 |

| 10. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | | $ | 21,919.10 | 37.78% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 1 | Chase Bank USA, N.A. | | 220.97 | 83.48 |
| 2 | Direct Loan SVC System | | 21,315.23 | 8,052.23 |
| 3 | St. James Hospital | | 382.90 | 144.65 |
| | | | TOTAL $ | 8,280.36 |

**DISTRIBUTION REPORT** **PAGE 5**

| **14.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| **15.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(5) - Interest | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| **18.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

**DISTRIBUTION REPORT** **PAGE 6**

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | DISALLOWED AMOUNT OF CLAIM | /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: August 25, 2008          /s/Louis W. Levit, Trustee
                                 LOUIS W. LEVIT, Trustee